PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

600 Old Country Road
Garden City, NY 11530-2011
516.229.9400
Fax 516.228.9612

Court Plaza North
25 Main Street
Hackensack, NJ 07601-7015
201.487.3700
Fax 201.646.1764

www.phillipsnizer.com

FEB 28 2014

February 27, 2014

USDC
DOC
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/14

**VIA ECF and Facsimile (212)805-7942**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York

***Re: Paraskevas v. Hamid Biglari and Laya Khadjavi***
***Docket Number 13-CV-07861(AKH)***

Dear Judge Hellerstein:

We are counsel for all Defendants in the above referenced matter. I am writing on behalf of both parties to inform the Court that the above-referenced action has been settled in principle. The parties are discussing the terms of settlement and will be preparing a settlement agreement for submission and review by the Court.

In order to continue discussions and discuss terms of the settlement, I am respectfully requesting that the Defendants' time to answer the complaint be extended to April 27, 2014, with Plaintiff's counsel's consent. The time to answer, originally due on January 13, 2014, was previously extended to February 7, 2014 and then to February 28, 2014 with the Court's approval.

Kindly advise me of your decision.

Respectfully submitted,

s/ Regina E. Faul

Regina E. Faul

cc: Robert Kriselnik, Esq. (Via ECF and I

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 3/3/14

1225169.1